IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** :<br>     **Plaintiff** :<br> : <br>     v. : <br> : <br>**$146,388.97 IN U.S. CURRENCY** :<br>**SEIZED FROM PNC BANK ACCT.** :<br>**ENDING #2883 I/N/O JIMMY TRAN,** :<br><u>et</u> <u>al.</u>, :<br>     **Defendants** : | No. 1:21-cv-00134<br><br>(Judge Kane) |

# ORDER

**AND NOW**, on this 31st day of August 2021, in accordance with the Memorandum issued concurrently with this Order, and in light of default having been entered against all Defendants—<u>i.e.</u>, (1) $146,388.97 in U.S. Currency seized from PNC Bank Account #51-1267-2883 in the name of Jimmy Tran DBA Asia Market on August 12, 2020; (2) $6,690.84 in U.S. Currency seized from PNC Bank Account #51-1330-8784 in the name of Jimmy Tran DBA Hoa Dong Market on August 12, 2020; (3) $968.05 in U.S. Currency seized from PNC Bank Account #50-0528-0518 in the name of Jimmy Tran DBA Asia Market on August 12, 2020; (4) $42,529 in U.S. Currency seized from 2400 Forest Lane, Harrisburg, PA on August 12, 2020; and (5) $4,617.69 in U.S. currency seized from 325 S. 17th St., Harrisburg, PA on August 12, 2020 (collectively, the "Currency Defendants") (Doc. No. 10)—and upon consideration of Plaintiff United States of America ("Plaintiff")'s motion for default judgment (Doc. No. 11), and the supporting documents filed therewith, **IT IS ORDERED THAT**:

1. Plaintiff's motion for default judgment (Doc. No. 11) is **GRANTED**;

2. The Clerk of Court is directed to amend the caption of this action to substitute "$42,529 in U.S Currency seized from 2400 Forest Lane" for "$42,5298 in U.S Currency seized from 2400 Forest Lane";

3. The $201,194.55 in U.S. currency seized on August 12, 2020, consisting of the Currency Defendants, is **FORFEITED** to Plaintiff;

4. The Clerk of Court is directed to enter final forfeiture judgment to vest in Plaintiff all right, title, and interest in the Currency Defendants;

5. Jurisdiction is retained over this matter for the granting of such orders as the circumstances may require; and

6. The Clerk of Court is directed to administratively **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
